# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Tashayla C. Paige
                        Plaintiff,

v.                                                         Case No.: 3:23−cv−50053
                                                            Honorable Philip G. Reinhard

Woodward, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 15, 2023:

      MINUTE entry before the Honorable Margaret J. Schneider: Plaintiff's Motion for Leave to File First Amended Complaint and Suspend Briefing on Defendant's Motion to Dismiss [17], is denied. However, the Court will grant Plaintiff until 06/14/23 to file her response to Defendant's motion to dismiss or to file a renewed motion for leave to file an amended complaint. If Plaintiff chooses to file a renewed motion for leave to file an amended complaint, the proposed amended complaint must be attached to the motion as an exhibit. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.